IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERANCE SCOTT EDGINGTON,

    Petitioner,

v.                                                       CASE NO. 5:15-cv-00236-MP-GRJ

N C ENGLISH,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 31, 2016. (Doc. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Respondent's Motion to Dismiss, Doc. 12, is GRANTED and the Petition for a writ of habeas pursuant to 28 U.S.C. § 2241, Doc. 1, is DISMISSED. The Clerk is directed to enter judgment and to close the file. A certificate of appealability is denied.

**DONE AND ORDERED** this _7th_ day of December, 2016

                                          *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge